UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCHONBEK WORLDWIDE LIGHTING INC., | Civil Action No. 8:10-CV-1377 (GTS/DRH) |
| Plaintiff, | |
| -against- | ECF Case |
| LOWE'S COMPANIES, INC. and LOWE'S HOME CENTERS, INC., | STIPULATION AND ORDER OF DISMISSAL |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties, that all claims asserted in the above-captioned action against Defendant Lowe's Companies, Inc., shall be and hereby are dismissed without prejudice and without costs to any party.

Dated: New York, New York
December 9, 2010

| | |
|---|---|
| HESLIN ROTHENBERG FARLEY & MESITI P.C. | WINSTON & STRAWN LLP |
| By: s/Susan E. Farley | By: s/Lori J. Van Auken |
| Susan E. Farley | Lori J. Van Auken |
| Brett M. Hutton | 200 Park Avenue |
| 5 Columbia Circle | New York, New York 10166-4193 |
| Albany, New York 12203-5160 | Telephone: (212) 294-6700 |
| Telephone: (518) 452-5600 | Facsimile: (212) 294-4700 |
| Facsimile: (518) 452-5579 | Email: lvanauken@winston.com |
| *Attorneys for Plaintiff Schonbek Worldwide Lighting Inc.* | *Attorneys for Defendants Lowe's Companies, Inc. and Lowe's Home Centers, Inc.* |

**SO ORDERED**

Dated: December 10, 2010        By: _____
                                    United States District Judge