**Schedule F**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCHONBEK WORLDWIDE LIGHTING INC., )<br>)<br>Plaintiff, )<br>)<br>-vs- )<br>)<br>LOWE'S HOME CENTERS, INC., BEL AIR )<br>LIGHTING, INC., TRANS GLOBE LIGHTING, )<br>INC., TRANS GLOBE IMPORTS, )<br>)<br>Defendants. )<br>)<br>BEL AIR LIGHTING, INC., )<br>a California corporation, )<br>)<br>Plaintiff, )<br>)<br>-vs- )<br>)<br>SCHONBEK WORLDWIDE LIGHTING INC., )<br>a New York corporation, )<br>)<br>Defendant. )<br>) | Civil Action No.: 8:10-CV-1377<br>8:11-CV-0251<br>(GTS/DEP) |

## STIPULATION OF DISMISSAL OF LOWE'S HOME CENTERS, INC.

The parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate that the above-captioned Civil Action No. 8:10-CV-1377 be dismissed **without prejudice** against Defendant Lowe's Home Centers, Inc. ("Lowe's"). Lowe's shall not bear Schonbek's legal fees or costs, and Schonbek shall not bear Lowe's legal fees or costs.

Respectfully submitted,

Dated: February 21, 2012

*Susan E. Farley*

Susan E. Farley, Esq
Brett M. Hutton, Esq.
Alana M. Fuierer, Esq.
Shanna K. O'Brien, Esq.
HESLIN ROTHENBERG FARLEY & MESITI P.C.
5 Columbia Circle
Albany, New York 12203-5160
Telephone: (518) 452-5600
Facsimile: (518) 452-5579
*Attorneys for Plaintiff Schonbek Worldwide Lighting Inc.*

Dated: 2\18\12

Virginia Richard, Esq.
WINSTON & STRAWN, LLP
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
*Attorneys for Defendant Lowe's Home Centers, Inc.*

Dated: 2/21/12

Louis S. Mastriani, Esq.
Thomas R. Burns, Jr., Esq.
ADDUCI, MASTRIANI & SCHAUMBERG, LLC
1200 Seventeenth Street, N.W.
Washington, D.C. 20036
Telephone: (202) 467-6300
Facsimile: (202) 466-2006
*Attorneys for Defendants Bel Air/Trans Globe*

IT IS SO ORDERED:

_____
Glenn T. Suddaby
U S. District Judge
Dated: 2/22/12