Schedule G

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCHONBEK WORLDWIDE LIGHTING INC.,<br><br>                 Plaintiff,<br>-vs-<br><br>LOWE'S HOME CENTERS, INC., BEL AIR LIGHTING, INC., TRANS GLOBE LIGHTING, INC., TRANS GLOBE IMPORTS,<br><br>                 Defendants. | Civil Action No.: 8:10-CV-1377<br>8:11-CV-0251<br>(GTS/DEP) |
| BEL AIR LIGHTING, INC.,<br>a California corporation,<br><br>                 Plaintiff,<br>-vs-<br><br>SCHONBEK WORLDWIDE LIGHTING INC.,<br>a New York corporation,<br><br>                 Defendant. | |

## STIPULATION OF DISMISSAL OF BEL AIR LIGHTING, INC., TRANS GLOBE LIGHTING, INC., TRANS GLOBE IMPORTS AND CIVIL ACTION 8:11-CV-0251

The parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate that the above-captioned Civil Action No. 8:10-CV-1377 be dismissed with prejudice against Defendants Bel Air Lighting, Inc., Trans Globe Lighting, Inc. and Trans Globe Imports (collectively "the Bel Air Group"). The Bel Air Group shall not bear Schonbek's legal fees or costs, and Schonbek shall not bear the Bel Air Group's legal fees or costs.

The parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), further stipulate that the above-captioned Civil Action No. 8:11-CV-0251 be dismissed **with prejudice** against Schonbek Worldwide Lighting Inc. The Bel Air Group shall not bear Schonbek's legal fees or costs, and Schonbek shall not bear the Bel Air Group's legal fees or costs.

Respectfully submitted,

Dated: February 21, 2012

*Susan E. Farley*

Susan E. Farley, Esq
Brett M. Hutton, Esq.
Alana M. Fuierer, Esq.
Shanna K. O'Brien, Esq.
HESLIN ROTHENBERG FARLEY & MESITI P.C.
5 Columbia Circle
Albany, New York 12203-5160
Telephone: (518) 452-5600
Facsimile: (518) 452-5579
*Attorneys for Plaintiff Schonbek Worldwide Lighting Inc.*

Dated: 2\18\12

Virginia Richard, Esq.
WINSTON & STRAWN, LLP
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
*Attorneys for Defendant Lowe's Home Centers, Inc.*

Dated: 2/21/12

Louis S. Mastriani, Esq.
Thomas R. Burns, Jr., Esq.
ADDUCI, MASTRIANI & SCHAUMBERG, LLC
1200 Seventeenth Street, N.W.
Washington, D.C. 20036
Telephone: (202) 467-6300
Facsimile: (202) 466-2006
*Attorneys for Defendants Bel Air/Trans Globe*

IT IS SO ORDERED:

Glenn T. Suddaby
U S. District Judge
Dated: 2/22/12